IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-mc-00057-BNB

IN THE MATTER OF THE PETITION OF ROBERT W. MANN,
INDIVIDUALLY AND AS TRUSTEE FOR ROBERT W. MANN
RETIREMENT TRUST,
FOR DEPOSITIONS PURSUANT TO RULE 27 OF FEDERAL
RULES OF CIVIL PROCEDURE

_____

# ORDER
_____

This matter arises in connection with (1) the **Verified Petition to Take Depositions Before Action Under Rule 27 of the Federal Rules of Civil Procedure** [Doc. # 1, filed 8/7/2007] and (2) **Respondents Hunter's and William's Motion to Cancel Hearing (Fed. R. Civ. P. 27) and to Quash Subpoena (Fed. R. Civ. P. 45), and to Deny Petition for Depositions Under Rule 27 (Fed. R. Civ. P. 27)** [Doc. # 10, filed 8/15/2007].

Counsel for Petitioner, Robert W. Mann, and for Respondents Robert Hunter and Russell Williams appeared for a hearing this afternoon which I initiated.  During the hearing, the Petitioner withdrew the subpoenas served on Robert John Hunter and Russell Gurney Williams which purported to require their appearance at the hearing on August 28, 2007, at 2:30 p.m.  Accordingly,

IT IS ORDERED that the subpoenas served on Robert John Hunter and Russell Gurney Williams and purporting to require their appearance at the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, on August 28, 2007, at 2:30 p.m., are DISCHARGED.  The personal appearance of Messrs. Hunter and Williams is not required.

Dated August 22, 2007.

                                                    BY THE COURT:

                                                    s/ Boyd N. Boland
                                                    United States Magistrate Judge