IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-mc-00057-BNB

IN THE MATTER OF THE PETITION OF ROBERT W. MANN,
INDIVIDUALLY AND AS TRUSTEE FOR ROBERT W. MANN
RETIREMENT TRUST,
FOR DEPOSITIONS PURSUANT TO RULE 27 OF FEDERAL
RULES OF CIVIL PROCEDURE

_____

## ORDER
_____

This matter is before me on the **Verified Petition to Take Depositions Before Action Under Rule 27 of the Federal Rules of Civil Procedure** [Doc. # 1, filed 8/7/2007] (the "Petition"). I held a hearing on the Petition this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Petition is DENIED.

IT IS FURTHER ORDERED that the oral motion of respondents Robert Hunter and Russell Williams for attorney fees is DENIED.

Dated August 28, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge